**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DARLENE BRAND,

        Plaintiff,

v.                                                     Case No. 6:15-cv-1881-Orl-37KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____

**ORDER**

This cause is before the Court on U.S. Magistrate Karla R. Spaulding's Report and Recommendation (Doc. 17), filed November 7, 2016.

In accordance with 42 U.S.C. §§ 405(g) and 1383(c)(3), Plaintiff Darlene Brand timely initiated this action seeking judicial review of a final unfavorable determination ("**Administrative Determination**") on her claims for payment of benefits under the Supplemental Security Income for the Aged, Blind and Disabled Program ("**SSI**") and the Federal Old Age, Survivors and Disability Insurance Program ("**FDI**"). (*See* Doc. 1.) Plaintiff requests that this Court reverse the Administrative Determination and remand for further proceedings. (*See id.*) Defendant Commissioner of Social Security ("**Commissioner**") filed an Answer requesting that the Court affirm the Administrative Determination. (*See* Doc. 12.) The Commissioner also filed a transcript of the administrative proceedings (Doc. 14), and the parties filed a Joint Memorandum (*see* Doc. 16).

On referral, U.S. Magistrate Judge Karla R. Spaulding ("**Judge Spaulding**") issued a detailed and thorough Report and Recommendation that the Court affirm the

Administrative Determination. (*See* Doc. 18 ("**Report**").) The deadline for filing objections to the Report—**November 25, 2016**—has now passed, and no objections have been filed. *See* 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b)(2). Absent objections, and upon consideration, the Court finds that the well-reasoned Report is due to be accepted and adopted.

## CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 17) is **ACCEPTED**, **ADOPTED**, and made a part of this Order.

2. The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk of the Court is **DIRECTED** to enter Judgment in favor of the Commissioner of Social Security.

4. The Clerk is further **DIRECTED to CLOSE** this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 28, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

Unrepresented Party

U.S. Magistrate Judge Karla R. Spaulding

Case 6:15-cv-01881-RBD-KRS   Document 18   Filed 11/29/16   Page 3 of 3 PageID 1338